**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF ROSALIND T.    :  No. 103 MAL 2016
SNYDER, AN ALLEGED    :
INCAPACITATED PERSON    :
    :  Petition for Allowance of Appeal from
    :  the Order of the Superior Court
PETITION OF: ROSALIND T. SNYDER    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.